"**UNDER SEAL**"

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
OCT 23 2014
US DISTRICT COURT
WESTERN DISTRICT OF N'

| UNITED STATES OF AMERICA | ) | CASE NO.: 3:14cr199-RJC |
|---|---|---|
| V. | ) | |
| | ) | ORDER TO SEAL INDICTMENT |
| JAMES WILLIAM STAZ, et al | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until the arrest of James William Staz, and further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 23 day of October, 2014.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE